# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**RAMON DIAZ HERNANDEZ,**

    Petitioner,

v.                                  Case No. 4:17cv426-MW/CAS

**JEFF SESSIONS, et al.,**

    Respondents.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The 28 U.S.C. § 2241 petition is **DISMISSED as moot** since Petitioner

---

[1] Petitioner has failed to keep this Court advised of his present address as evidenced by returned mail. ECF Nos. 13 and 14.

has been granted the relief sought in the petition. The Clerk shall close the file.

**SO ORDERED on December 19, 2017.**

            <u>**s/Mark E. Walker**</u>    
            **United States District Judge**